IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

HUMBERTO GONZALES-MUNOZ,

    Defendant.

_____/

CR. NO. S-08-0087 EJG

<u>ORDER DIRECTING UNITED STATES
TO FILE RESPONSE</u>

    Defendant, a federal prisoner proceeding <u>pro se</u>, has filed a "Notice of Place of Imprisonment and Request for Speedy Trial or, Alternatively, for DISMISSAL." A review of the record shows that defendant was sentenced by this court to a term of 24 months custody and 36 months supervised release on March 25, 2009. On February 22, 2011, a petition for violation of supervised release was filed, charging defendant with a new law violation. A warrant for defendant's arrest was issued February 23, 2011.

    In the instant "Notice" defendant states that he is currently incarcerated in the Southern District of California serving a 63-month sentence imposed pursuant to a judgment issued April 4, 2011. He requests to be brought before the undersigned

on the petition within 70 days, or alternatively, for dismissal of the petition.

The Clerk of Court is directed to serve a copy of defendant's "Notice" as well as this order on Assistant U.S. Attorney Michelle Beckwith and on U.S. Probation Officer Jeffrey Oestreicher. The government is directed to file a response to the Notice within 30 days of the filing date of this order.

IT IS SO ORDERED.

Dated: February 23, 2012

/s/ Edward J. Garcia
EDWARD J. GARCIA, JUDGE
UNITED STATES DISTRICT COURT