IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

HUMBERTO GONZALEZ-MUNOZ,

    Defendant.
_____/

CR. NO. S-08-0087 EJG

ORDER DIRECTING FEDERAL
DEFENDER TO FILE REPLY BRIEF

On February 10, 2012, defendant, acting pro se, filed a document titled, "Notice of Place of Imprisonment and request for Speedy Trial or, Alternatively, for DISMISSAL" in which he requested that action be taken on a Petition for Violation of Supervised Release filed in this district a year earlier, on February 22, 2011. The court issued an order directing the government to file a response, which it did on March 8, 2012. The court has not yet issued a ruling on defendant's request.

Meanwhile, on April 5, 2012 defendant wrote a letter asking for appointment of counsel to represent him on the Supervised Release violation. Among other things he states that he has not

received a response from the government. A review of the file shows that although defendant's original request was filed pro se, the government's response was not served on him at his place of incarceration, but rather on his former counsel in the underlying criminal case, Assistant Federal Defender Alexandra Negin.

The court has received confirmation from Ms. Negin and the Office of the Federal Defender that it will represent defendant in connection with his supervised release violation. Accordingly, since defendant is now represented, the Federal Defender is directed to file a reply to the government's response within two weeks from the date of this order. Defendant's "Notice of Place of Imprisonment and Request for Speedy Trial, or, alternatively, for DISMISSAL" will stand submitted upon receipt of the defendant's reply.

The Clerk of Court is directed to serve a copy of this order on defendant at his place of incarceration, as well as on Assistant Federal Defender Alexandra Negin and Assistant United States Attorney Michele Beckwith.

IT IS SO ORDERED.

Dated: April 12, 2012

/s/ Edward J. Garcia
_____
EDWARD J. GARCIA, JUDGE
UNITED STATES DISTRICT COURT