IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

              Plaintiff,        CR. NO. S-08-0087 EJG

          v.                ORDER DIRECTING UNITED STATES
                               TO RESPOND

HUMBERTO GONZALEZ-MUNOZ,

              Defendant.
_____/

      On February 10, 2012, defendant, acting pro se, filed a
document requesting that action be taken on a petition for
violation of supervised release, filed in this case on February
22, 2011.  The court set a briefing schedule and the government
responded.  Thereafter, the federal defender confirmed its
representation of defendant.  The court then directed defense
counsel to file a reply to the government's response.  On April
26, 2012, counsel for defendant filed a Motion to Revoke and
Terminate Supervised Release.  The government is directed to file
a response to the motion within two weeks from the filing date of
this order.  Defendant may file a reply within two weeks after
service of the response upon him.


      IT IS SO ORDERED.

Dated: April 30, 2012        /s/ Edward J. Garcia

                       _____
                       EDWARD J. GARCIA, JUDGE
                       UNITED STATES DISTRICT COURT